**TYSON & MENDES LLP**
GRIFFITH H. HAYES
Nevada Bar No. 7374
Email(s):  ghayes@tysonmendes.com
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
Telephone: (702) 724-2648
Facsimile: (702) 410-7684
*Attorneys for Defendant Walmart Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GINA HAINEY, | Case No. 2:25-cv-01374 |
| Plaintiffs, | |
| v. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| WALMART, INC., d/b/a WALMART, a foreign corporation; and DOES I-X; and ROE BUSINESS ENTITIES XI-XX, inclusive | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, between Plaintiff GINA HAINEY, an individual, by and through her counsel, PACIFIC WEST INJURY LAW and Defendant WALMART, INC., by and through its counsel, TYSON & MENDES, LLP, that Plaintiff's complaint and all causes of action therein be dismissed with prejudice with each party to bear their own fees and costs.

Dated this 11th day of February, 2026.

Dated this 11th day of February, 2026.

**TYSON & MENDES LLP**

**PACIFIC WEST INJURY LAW**

/s/ *Griffith Hayes*

/s/ *Christopher Cabanilla*

GRIFFITH H. HAYES
Nevada Bar No. 7374
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
*Attorneys for Defendant Walmart, Inc.*

KRISTOPHER M. HELMICK
Nevada Bar No. 13348
CHRISTOPHER CABANILLA
Nevada Bar No. 16053
BOHDEN G. COLE
Nevada Bar No. 15719
6725 Via Austi Parkway, Suite 275
Las Vegas, NV 89119
*Attorneys for Plaintiff*

1

## ORDER

Based upon the Stipulation of the parties, the Court having reviewed all pleadings and papers on file herein, and good cause appearing.

**IT IS HEREBY ORDERED** that the above-entitled action be dismissed WITH PREJUDICE in its entirety, with all parties to bear their own attorney fees and costs.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** the Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED this** _March 10, 2026_

2

**Stefania Rota Scalabrini**

---

| | |
|---|---|
| **From:** | Michelle Zuniga <Michelle@PacificWestinjury.com> |
| **Sent:** | Tuesday, February 10, 2026 10:04 AM |
| **To:** | Stefania Rota Scalabrini |
| **Cc:** | Claudia Corral; Christopher Cabanilla, Esq.; Griffith Hayes |
| **Subject:** | RE: Gina Hainey v. Walmart, Inc. |

Good Morning,

Please be informed that Mr. Cabanilla will approve to affix his signature on the SAO to Dismiss. Thank you.

---

**From:** Stefania Rota Scalabrini <SRotascalabrini@TysonMendes.com>
**Sent:** Tuesday, February 10, 2026 9:49 AM
**To:** Michelle Zuniga <Michelle@PacificWestinjury.com>
**Cc:** Claudia Corral <Claudia@PacificWestinjury.com>; Christopher Cabanilla, Esq. <Christopher@PacificWestinjury.com>; Griffith Hayes <ghayes@TysonMendes.com>
**Subject:** RE: Gina Hainey v. Walmart, Inc.

Good morning,

Following up about permission to affix signature to the SAO to Dismiss. Thank you.



**Stefania Rota Scalabrini**
**Paralegal**
2835 St. Rose Pkwy., Suite 140
Henderson, Nevada 89052
**Main**: 702.724.2648
**Direct**: 725.605.4276
**Fax**: 702.410.7684
srotascalabrini@tysonmendes.com
www.tysonmendes.com

**Mansfield Rule**
Certified 2023–2024 Powered by DIVERSITYLAB

*This email and any attachments are from the law firm of Tyson & Mendes, LLP. This email is intended only for the use of the addressee and may contain information that is proprietary, confidential, privileged, or protected by state or federal law. If you are not the intended recipient, any disclosure, copying, distribution, or use of the contents of this email and attachments are prohibited. If you received this email in error, please notify us by reply email immediately so we may arrange for the retrieval of the information*

---

**From:** Michelle Zuniga <Michelle@PacificWestinjury.com>
**Sent:** Monday, February 9, 2026 9:43 AM
**To:** Stefania Rota Scalabrini <SRotascalabrini@TysonMendes.com>

1